**Jacquelyn WUELLING, Appellant,**

v.

**SSM HEALTH CARE ST. LOUIS d/b/a DePaul Health Center, et al., Respondents.**

**No. ED 99048.**

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 12, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 13, 2014.

Application for Transfer Denied Feb. 25, 2014.

Patrick J. Hagerty, St. Louis, MO, for appellant.

Timothy J. Gearin, David G. Ott, Jeffery T. McPherson, John S. Sandberg, Timothy C. Sansone, Sara B. Obermark, St. Louis, MO, for respondents.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Jacquelyn Wuelling appeals from the trial court's judgment entered upon a jury verdict in favor of the defendants SSM Health Care St. Louis d/b/a SSM DePaul Health Center, and Elisabeth J. Babb, M.D. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).